# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ERNIE HAIRE FORD, INC.,

    Plaintiff,

v.                                               **CASE NO**: 8:09-cv-1545-T-26MAP

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Compel (Dkt. 23) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). Communication through electronic mail does not comply with the rule. Accordingly, counsel are directed to confer *personally* within the next five (5) days in a good faith effort to resolve this discovery dispute without court intervention.

**DONE AND ORDERED** at Tampa, Florida, on April 22, 2010.

                                              s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record